1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE DENNIS ROUNDS, JR.,

11              Petitioner,                    No. CIV S-07-1670 GEB DAD P

12        vs.

13   DENNIS K. SISTO, et al.,

14              Respondents.              <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

18          Examination of the affidavit reveals petitioner is unable to afford the costs of this

19   action.  Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).

20          The court requires all petitions for writ of habeas corpus be filed on the proper

21   form which is provided by this court.  Moreover, the court may limit its review of the petition for

22   relief to the information on the form only and need not consider any memoranda or attachments

23   to the petition.  <u>See</u> Rule 2(c), Rules Governing § 2254 Cases.

24          Although petitioner has submitted a standard habeas form, petitioner has failed to

25   present his claims and supporting facts on the form.  Instead, petitioner refers the court to his

26   lengthy attachment.  Petitioner is hereby notified that in order for this court to review his

                                           1

1  application, he must refile his petition on the proper form.  If petitioner requires additional space,

2  petitioner must continue responses as needed on pages that follow the same format as the form

3  and are clearly linked to the form by page number or question number.  Petitioner is advised that

4  although he may submit a separate memorandum to support his petition for relief, the court's

5  application form must contain all relevant claims, and must provide the court with all necessary

6  information.

7            In accordance with the above, IT IS HEREBY ORDERED that:

8            1.  Petitioner's August 15, 2007 application to proceed in forma pauperis is

9  granted;

10           2.  Petitioner's application for writ of habeas corpus is dismissed with leave to

11  amend within thirty days from the date of this order;

12           3.  Any amended petition must be filed on the form employed by this court and

13  must state all claims and prayers for relief on the form.  It must bear the case number assigned to

14  this action and must bear the title "Amended Petition"; and

15           4.  The Clerk of the Court is directed to send petitioner the form for habeas corpus

16  application.

17  DATED: August 20, 2007.

18

19  _____

20  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

21  DAD:9
    roun1670.115

22

23

24

25

26

                                    2